IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDOLPH P. KESZTHELYI, | ) |
| | ) Civil Action No. 07 - 24J |
| Plaintiff, | ) |
| | ) Judge Kim R. Gibson / |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| HARVEY G. LAPPIN, Director of Federal | ) |
| Bureau of Prisons; JAMES E. HYMAN, C.E.O. | ) |
| of Cornell Co.; FEDERAL BUREAU OF | ) |
| PRISONS and CORNELL COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

On February 5, 2007, this case was transferred back from the United States District Court for the Middle District of Pennsylvania and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on August 28, 2007 (doc. no. 12), recommended that the Motion for Preliminary Injunction filed by the Plaintiff (doc. no. 6) be denied. Plaintiff filed Objections to the Report and Recommendation on September 7, 2007 (doc. no. 13).

After review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 14th day of September, 2007;

**IT IS HEREBY ORDERED** that the Motion for Preliminary Injunction filed by the Plaintiff (doc. no. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated August 28, 2007, (doc. no. 12) of Magistrate Judge Lenihan is **ADOPTED** as the Opinion of the Court.

By the Court:

Kim R. Gibson,
United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Rudolph P. Keszthelyi
        15953074
        MV.C.C. Unit D-6
        P.O. Box 2000
        Philipsburg, PA 16866-0798